No. 91–581. GREENE, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF GREENE v. DAVID GRANT UNITED STATES AIR FORCE MEDICAL CENTER ET AL. C. A. 9th Cir. Certiorari denied. 

No. 91–586. KAHOK v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 91–587. INDEPENDENT INSURANCE AGENTS OF AMERICA, INC., ET AL. v. CITICORP. C. A. 2d Cir. Certiorari denied. 

No. 91–590. UNION NATIONAL BANK OF LITTLE ROCK ET AL. v. MOSBACHER, SECRETARY OF COMMERCE, ET AL. C. A. 8th Cir. Certiorari denied. 

No. 91–592. OWEN ET AL., INDIVIDUALLY AND AS NEXT FRIENDS FOR OWEN, A MINOR v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 91–596. ESTELLE, WARDEN v. ROSA COLLAZO. C. A. 9th Cir. Certiorari denied. 

No. 91–620. ILLINOIS v. SIMMS; and
No. 91–5664. SIMMS v. ILLINOIS. Sup. Ct. Ill. Certiorari denied. Reported below: 143 Ill. 2d 154, 572 N. E. 2d 947.

No. 91–637. WILLIAMS TILE & TERRAZZO CO. v. NATIONAL LABOR RELATIONS BOARD. C. A. 11th Cir. Certiorari denied. 

No. 91–642. GILMAN v. COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. 

No. 91–644. DAVENPORT v. UNITED STATES; and
No. 91–6097. DAVENPORT v. UNITED STATES. C. A. 7th Cir. Certiorari denied. Reported below: 929 F. 2d 1169.

No. 91–657. RIVERSO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 91–666. SWANSON ET AL. v. POWERS, SECRETARY OF THE NORTH CAROLINA DEPARTMENT OF REVENUE, ET AL. C. A. 4th Cir. Certiorari denied.